

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00015-CV

**IN THE INTEREST OF L.P.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00365
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting en banc:   Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice[1]
Luz Elena D. Chapa, Justice[2]
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

En banc consideration was requested from within the court. *See* TEX. R. APP. P. 41.2(c). A majority of the Justices of the Court voted to deny en banc consideration.

Entered this 20th day of July, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] Justice Alvarez dissents to the Court's order denying en banc consideration.
[2] Justice Chapa joins the dissenting opinion.